**Electronically Filed
Supreme Court
SCPR-22-0000600
27-OCT-2022
02:09 PM
Dkt. 4 OGP**

SCPR-22-0000600

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE BARBARA JEAN WONG,
ALSO KNOWN AS BARBARA UPHOUSE WONG,
Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition to resign from the practice law in the State of Hawaiʻi, filed by attorney Barbara Uphouse Wong,[1] pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), but to retain the paper license as a memento, as authorized by RSCH Rule 1.10(b), and the affidavits submitted in support thereof, we conclude that Petitioner Wong has fully complied with the requirements of RSCH Rule 1.10. Therefore,

---

[1] We note that, according to materials in the record at Docket 1:5-6, attorney Wong changed her name on February 17, 2016 to Barbara Uphouse Wong, from other iterations of her name, including Barbara Jean Wong, the name employed in the caption. Barbara Uphouse Wong is the name which appears on her license to practice law, so we grant the petition using that name.

IT IS HEREBY ORDERED that the petition to resign is granted.  Petitioner Wong may retain the paper license as a memento.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner Wong, attorney number 8004, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, October 27, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins